# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLUMBUS CHRIS WILLIAMS

NO. 2024 KW 0111

**APRIL 19, 2024**

---

In Re: Columbus Chris Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 2004-FELY-423851.

---

BEFORE: **THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.** The records of the Clerk of Court of Terrebonne Parish do not reflect that a writ of habeas corpus was filed under docket number 2004-FELY-423851. A writ of habeas corpus must be filed with the clerk of court of the district court before seeking relief from this court.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT